[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 7, 2012
JOHN LEY
CLERK

No. 11-13545
Non-Argument Calendar

_____

D.C. Docket No. 0:11-cr-60037-JIC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEXANDER TABORDA BRAVO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 7, 2012)

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin Joy Farnsworth, appointed counsel for Alexander Taborda Bravo, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bravo's conviction and sentence are **AFFIRMED**.